August 21, 2007

<u>Via ECF and Regular Mail</u>
Honorable Thomas P. Griesa
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

        Re: <u>United States v. Joseph Hartline</u>
            07 Cr. 500

Dear Judge Griesa:

      I represent Mr. Joseph Hartline on the above-referenced matter which is presently scheduled for a status conference before Your Honor on September 5, 2007. Mr. Hartline was arraigned on this Indictment before Magistrate Judge Eaton on June 22, 2007. At that time he was released on a $15,000.00 PRB with travel restrictions and the surrender of travel documents. He is also under the supervision of Pretrial Services where he resides in Ohio.

      I write the Court to respectfully request that Mr. Hartline's presence be excused for the September 5th status conference. It is very time consuming and expensive for him to have to travel to New York City from Ohio in order to appear in court. He is presently employed and receiving drug counseling through the assistance of Pretrial Services. To leave Ohio and travel to New York City and back would require him to take a few days off from work as well as the counseling that is helping him so much.

      Thank you for your consideration.

                                                  Respectfully,

                                                  Kenneth A. Paul

KAP:ce
cc:    AUSA Jenna M Dabbs    (Via ECF)