UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| -against- | : | <u>NOTICE OF CHANGE OF ADDRESS</u> |
| JOSEPH HARTLINE, | : | 07Cr. 500 (TPG) |
| Defendant. | : | |

--------------------------------------------------------x

PLEASE TAKE NOTICE that I represent the defendant in this case and that my address and fax number has changed to the following:

> KENNETH A. PAUL, ESQ.
> 111 Broadway,
> Suite 701
> New York, New York 10006
> Tel.: (212) 587-8000
> Fax.: (212) 374-1506
> Email: <u>kpaul64@aol.com</u>

Please update my address in the Court's docket sheet and send all future correspondence and notices to my new address.

Dated:  New York, New York
        November 5, 2007

_____
KENNETH A. PAUL