# MEMO ENDORSED

**KENNETH A. PAUL**
ATTORNEY AT LAW
111 BROADWAY
SUITE 701
NEW YORK, NEW YORK 10006

TEL: (212) 587-8000
FAX: (212) 374-1506
kpaul64@aol.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/11/08

August 6, 2008

**Via ECF and Regular Mail**
Honorable Thomas P. Griesa
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

RECEIVED
AUG - 8 2008
CHAMBERS OF
[illegible]

      Re: <u>United States v. Joseph Hartline</u>
           07 Cr. 500

Dear Judge Griesa:

      I represent Mr. Joseph Hartline on the above-referenced matter which is presently scheduled for a status conference before Your Honor on August 12, 2008.

      Mr. Hartline lives in Ohio and it is very time consuming as well as expensive for him to have to travel to New York City in order to appear in court. He is presently employed and receiving drug counseling through the assistance and supervision of Pretrial Services in Ohio. To leave Ohio and travel to New York City and back would require him to take a few days off from work as well as the counseling that is helping him so much.

      Presently it appears as if there will be a disposition in this case. Mr. Hartline has been excused from previous court appearances and I respectfully request that he also be excused for the next court date.

      Thank you for your consideration.

                                                Respectfully,

                                               Kenneth A. Paul

KAP:ce
cc:    AUSA Jenna M Dabbs      (Via ECF)

*Approved.*
*Thomas P. Griesa*
*USDJ 8/11/08*