# KENNETH A. PAUL

ATTORNEY AT LAW

111 BROADWAY

SUITE 701

NEW YORK, NEW YORK 10006

TEL: (212) 587-8000
FAX: (212) 374-1506
kpaul64@aol.com

September 8, 2008

<u>Via ECF and Regular Mail</u>
Honorable Thomas P. Griesa
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re: <u>United States v. Joseph Hartline</u>
          07 Cr. 500

Dear Judge Griesa:

      I represent Mr. Joseph Hartline on the above-referenced matter having been assigned pursuant to CJA. This case is presently scheduled for a status conference before Your Honor on September 16, 2008.

      Mr. Hartline lives in Ohio and has been excused by this Court from appearing in the past due to the expense and hardship of his having to travel to New York City. Though Mr. Hartline is presently employed it is still very difficult and too expensive for him to have to pay the cost of such travel.

      Consequently, I have enclosed a proposed Order for Your Honor's consideration to allow for the United States marshal to either furnish the fare for Mr. Hartline or arrange for such transportation in order for him to appear in court. This appearance will be for a disposition in this matter.

      Thank you for your consideration.

                                                      Respectfully,

                                                      Kenneth A. Paul

KAP:ce
cc:    AUSA Jenna M Dabbs       (Via ECF)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -against-                                    ORDER

JOSEPH HARTLINE,                     S1 07 Cr. 500 (TPG)

    Defendant.

-------------------------------------------------------x

    WHEREAS, this Court has found that the defendant JOSEPH HARTLINE, a resident of Alliance, Ohio is financially unable to afford the expenses for transportation to this Court, it is hereby

    ORDERED, pursuant to 18 U.S.C. section 4285, that the United States marshal arrange for JOSEPH HARTLINE's appearance in court by means of non-custodial transportation or furnish the fare for such transportation to appear in court, and in addition shall furnish JOSEPH HARTLINE with an amount of money for subsistence expenses to his destination, not to exceed the amount authorized as a per diem for travel under 5 U.S.C. section 5702(a). Such expenses shall be paid by the marshal out of the funds authorized by the Attorney General for such expenses.

                                                          So Ordered:

                                                          _____
                                                          Thomas P. Griesa
                                                          United States District Judge

Dated:  New York, New York
           September    , 2008