**KENNETH A. PAUL**

ATTORNEY AT LAW

111 BROADWAY

SUITE 701

NEW YORK, NEW YORK 10006

TEL: (212) 587-8000
FAX: (212) 374-1506
kpaul64@aol.com

September 12, 2008

<u>Via ECF and Regular Mail</u>
Honorable Thomas P. Griesa
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

       Re: <u>United States v. Joseph Hartline</u>
           07 Cr. 500

Dear Judge Griesa:

       I represent Mr. Joseph Hartline on the above-referenced matter having been assigned pursuant to CJA. This case is presently scheduled for a guilty plea before Your Honor on October 1, 2008, at 2:15 P.M.

       Your Honor had previously approved an Order for the United States marshal to either furnish the fare or arrange for Mr. Hartline's transportation to appear in court. I have recently spoken with the U.S. marshal's office and have been requested to request of Your Honor for a modified order

       Consequently, I have enclosed a proposed modified Order for Your Honor's consideration to allow for the United States marshal to either furnish the fare for Mr. Hartline or arrange for such transportation in order for him to appear in court on October 1st and then return to Ohio on the same date.

       Thank you for your consideration.

                                          Respectfully,

                                          Kenneth A. Paul

KAP:ce
cc:    AUSA Jenna M Dabbs    (Via ECF)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

UNITED STATES OF AMERICA

    -against-                                  ORDER

JOSEPH HARTLINE,                    S1 07 Cr. 500 (TPG)

    Defendant.

------------------------------------------------------x

        WHEREAS, this Court has found that the defendant JOSEPH HARTLINE, a resident of Alliance, Ohio is financially unable to afford the expenses for transportation to this Court, it is hereby

        ORDERED, pursuant to 18 U.S.C. section 4285, that the United States marshal arrange for JOSEPH HARTLINE's appearance in court by means of non-custodial transportation or furnish the fare for such transportation to both appear in court on Wednesday, October 1, 2008, at 2:15 P.M. and return to Alliance, Ohio on the same day. Such expenses shall be paid by the marshal out of the funds authorized by the Attorney General for such expenses.

                                                      So Ordered:

                                                        _____
                                                        Thomas P. Griesa
                                                       United States District Judge

Dated:  New York, New York
           September    , 2008