USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/18/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA

    -against-

JOSEPH HARTLINE,

    Defendant.

------------------------------------------------------------x

ORDER

S1 07 Cr. 500 (TPG)

    WHEREAS, this Court has found that the defendant JOSEPH HARTLINE, a resident of Alliance, Ohio is financially unable to afford the expenses for transportation to this Court, it is hereby

    ORDERED, pursuant to 18 U.S.C. section 4285, that the United States marshal arrange for JOSEPH HARTLINE's appearance in court by means of non-custodial transportation or furnish the fare for such transportation to both appear in court on Wednesday, October 1, 2008, at 2:15 P.M. and return to Alliance, Ohio on the same day. Such expenses shall be paid by the marshal out of the funds authorized by the Attorney General for such expenses.

So Ordered:

_____
Thomas P. Griesa
United States District Judge

Dated:  New York, New York
         September 16, 2008